UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-05591-VAP (SKx)                    Date: November 30, 2021

Title     Ramon Rosas Hernandez v. Quemetco, Inc.

Present:  The Honorable:  Steve Kim, United States Magistrate Judge

|                Connie Chung                |                n/a                |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| :---: | :---: |
| None present | None present |

**Proceedings:**        (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: SANCTIONS**

        Plaintiff Ramon Hernandez is ordered to show cause on December 1, 2021 at 10 AM (via Zoom) why he should not be monetarily sanctioned for failure to engage in good faith and reasonable settlement discussions as ordered both in writing (ECF 18) and at the initial settlement conference on November 17, 2021 (ECF 22). Plaintiff may discharge this order by responding in writing to Defendant's November 22, 2021 settlement offer by no later than today at 4:30 PM PST with a good faith and reasonable counteroffer within the parameters described by the Court on November 17. Failure to comply with this order may lead to additional sanctions.