JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ramon Rosas Hernandez,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Quemetco, Inc.,<br><br>　　　　　Defendant. | Case No. 2:21-cv-05591-VAP-(SKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Defendant's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that the action, *Ramon Rosas Hernandez v. Quemetco, Inc.*, 2:21-cv-05591-VAP-(SKx), is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:　　5/9/22　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge